**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUZZLETECH, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>       Defendants. | Case No. 25-cv-13945<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Albert Berry III |

**JOINT MOTION FOR PROTECTIVE ORDER**

Plaintiff GuzzleTech, LLC ("Plaintiff") and non-party TikTok Inc., by and through their undersigned counsel, respectfully move this Court for entry of a Protective Order pursuant to Federal Rule of Civil Procedure 26(c). The proposed Protective Order, filed concurrently herewith, is necessary to protect confidential and proprietary information that may be exchanged in discovery. Accordingly, Plaintiff and TikTok respectfully request that the Court grant this motion and enter the proposed Protective Order.

Dated: December 4, 2025

/s/ Bryan D. Pasciak

Bryan D. Pasciak
Faegre Drinker Biddle & Reath LLP
320 S. Canal St., Suite 3300
Chicago, IL 60606
312-356-5037
bryan.pasciak@faegredrinker.com

*Counsel for TikTok Inc.*

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com

*Counsel for GuzzleTech, LLC*

1