IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUZZLETECH LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 25-cv-13945 <br><br> Judge Elaine E. Bucklo <br> Magistrate Judge Albert Berry, III |

CERTIFICATE OF SERVICE

I, William Eskridge, a non-attorney, pursuant to Fed. R. Civ. P. 65(a)(1), served a copy of (1) Plaintiff's Motion for Entry of A Preliminary Injunction, Continued Asset Restraint, and Expedited Discovery ("Motion for PI") [20] (2) Exhibit 1 to Plaintiff's Motion [20-1], and (3) Memorandum of Law in Support of Plaintiff's Motion [21] on December 16, 2025, on the Defendants listed on Exhibit 1 to the Motion [20-1] by e-mail to Defendants' e-mail addresses provided by third-party platforms and payment processors.

Dated: December 17, 2025

Respectfully submitted,

/s/William Eskridge

William Eskridge
Paralegal
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
william@fleneriplaw.com

1