IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUZZLETECH LLC,<br><br>                       Plaintiff,<br><br>      v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                     Defendants. | Case No. 25-cv-13945<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Albert Berry III |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff GuzzleTech LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendant: Raoyue Clothing (132) ("Settling Defendant") with prejudice.

Plaintiff is dismissing Settling Defendant because it has reached full settlement with them, the terms of which have been satisfied.

Settling Defendant has neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

| | |
|---|---|
| Dated: February 25, 2026 | Respectfully submitted,<br><br>GuzzleTech, LLC,<br><br>By:   /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |

1