**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GUZZLETECH LLC, <br><br>         Plaintiff, <br><br>         v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A," <br><br>         Defendants. | Case No. 25-cv-13945 <br><br> Judge Elaine E. Bucklo <br> Magistrate Judge Albert Berry, III |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff GuzzleTech LLC ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and final Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a temporary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Plaintiff's federally registered copyrights which are protected by Copyright Registration Nos. VA0002441308, VA0002441310, VA0002441312, VA0002441315 and VA0002441314 (collectively, the "Copyrighted Works") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff's Intellectual Property. *See* ECF No. 9-5 through 9-22, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Plaintiff's Intellectual Property.

Plaintiff's Copyrighted Works are set forth below.

| COPYRIGHTS | |
|---|---|
| **Certificate Number** | **TITLE** |
| VA0002441308 | Shotgun Roulette 2024 |
| VA0002441310 | Shotgun Roulette 2025 |
| VA0002441312 | SHO-1 |
| VA0002441315 | SHO-6 |
| VA0002441314 | SHO 5.1 |

This Court further finds that Defaulting Defendants are liable for willful copyright infringement (17 U.S.C. § 501(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Copyrighted Works or any reproductions, copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product;

   b. reproducing, publicly displaying, distributing, or otherwise further infringing Plaintiff's copyrights in Copyrighted Works;

   c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by

3

Plaintiff to be sold or offered for sale, and which bear any of the Copyrighted Works, or any reproductions, copies, or colorable imitations thereof

d. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Copyrighted Works; and

e. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

a. transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3.      Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress, Amazon.com Inc. ("Amazon"), eBay, Inc. ("eBay"), Shopify Inc. ("Shopify"), TikTok Inc. ("TikTok") and Walmart Inc. ("Walmart"), LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"); Payoneer Global Inc. ("Payoneer"); PayPal Holdings, Inc. ("PayPal"); Stripe Inc. ("Stripe")  (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Plaintiff's Copyrighted Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Copyrighted Works, or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Copyrighted Works.

4.      Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt

of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Plaintiff's Copyrighted Works.

5. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of $150,000.00 for infringing Plaintiff's copyrighted works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third-Party Providers holding funds for Defaulting Defendants, as defined in Paragraph 3, as well as payment processors including shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 5 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers, as defined in Paragraph 3, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8.  Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9.  In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

10. The $10,000 surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Flener IP & Business Law. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

Dated: 3/24/2026

ELAINE E. BUCKLO
United States District Judge

7

**Schedule A**

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Petworld Store | 1101249008 | https://www.aliexpress.com/store/1101249008 |
| 2 | Wisedom House Store | 1101249254 | https://www.aliexpress.com/store/1101249254 |
| 3 | It is up to you Store | 1101260862 | https://www.aliexpress.com/store/1101260862 |
| 4 | yundongchanpa Store | 1101326877 | https://www.aliexpress.com/store/1101326877 |
| 5 | Everything for House Store | 1101373087 | https://www.aliexpress.com/store/1101373087 |
| 6 | everyday sporting Store | 1101375180 | https://www.aliexpress.com/store/1101375180 |
| 7 | An-outdoor Store | 1101378650 | https://www.aliexpress.com/store/1101378650 |
| 8 | TNSC RUNING Store | 1101378926 | https://www.aliexpress.com/store/1101378926 |
| 9 | Home World Dropshipping Store | 1101403328 | https://www.aliexpress.com/store/1101403328 |
| 10 | Happy Outside World 0508 Store | 1101410336 | https://www.aliexpress.com/store/1101410336 |
| 11 | Shop1102211393 Store | 1102215358 | https://www.aliexpress.com/store/1102215358 |
| 12 | Electric Appliance&#39;s Store | 1102771871 | https://www.aliexpress.com/store/1102771871 |
| 13 | Shop1103621039 Store | 1103620054 | https://www.aliexpress.com/store/1103620054 |
| 14 | Shopping Direct Sales Store | 1104056775 | https://www.aliexpress.com/store/1104056775 |
| 15 | Unfat Store | 1104075761 | https://www.aliexpress.com/store/1104075761 |
| 16 | Prettyhome Global Store | 1104090714 | https://www.aliexpress.com/store/1104090714 |
| 17 | NN US Store | 1104091496 | https://www.aliexpress.com/store/1104091496 |
| 18 | Happy Home Life Store | 1104092414 | https://www.aliexpress.com/store/1104092414 |
| 19 | Shop1104338613 Store | 1104340590 | https://www.aliexpress.com/store/1104340590 |
| 20 | Shop1104334586 Store | 1104344579 | https://www.aliexpress.com/store/1104344579 |
| 21 | MAKE YOU GREAT Store | 1104386469 | https://www.aliexpress.com/store/1104386469 |
| 22 | Happy Choic Store | 1104399429 | https://www.aliexpress.com/store/1104399429 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 23 | VaiLice Product Direct Store | 1104399430 | https://www.aliexpress.com/store/1104399430 |
| 24 | Global Mart Store | 1104406398 | https://www.aliexpress.com/store/1104406398 |
| 25 | Luckily Treasure Store | 1104409428 | https://www.aliexpress.com/store/1104409428 |
| 26 | Shop1104433216 Store | 1104437203 | https://www.aliexpress.com/store/1104437203 |
| 27 | TikTok Bae Store | 1104439118 | https://www.aliexpress.com/store/1104439118 |
| 28 | wuhanshipingpanzeshangmao | A19X40MFA7QN3V | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A19X40MFA7QN3V |
| 29 | GaiZhao-Us | A1WWYX5O7WBJEY | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1WWYX5O7WBJEY |
| 31 | Lintao Huang-Us | A2GITT8MCZXS0L | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A2GITT8MCZXS0L |
| 32 | SiGoyeah | A3K20SQGQP0VRE | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3K20SQGQP0VRE |
| 34 | caoguod | AWYI9WPBNO1F5 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=AWYI9WPBNO1F5 |
| 36 | beiger-store | beiger-store | https://www.ebay.com/usr/beiger-store |
| 38 | cbvb8reg | cbvb8reg | https://www.ebay.com/usr/cbvb8reg |
| 39 | champracertwo | champracertwo | https://www.ebay.com/usr/champracertwo |
| 40 | Chuanyi Fashion Fun | chuanyi-us02 | https://www.ebay.com/usr/chuanyi-us02 |
| 42 | guangzhouhandatiyu_0 | guangzhouhandatiyu_0 | https://www.ebay.com/usr/guangzhouhandatiyu_0 |
| 43 | gx0_58 | gx0_58 | https://www.ebay.com/usr/gx0_58 |
| 44 | jack5sonj | jack5sonj | https://www.ebay.com/usr/jack5sonj |
| 46 | jingyg | jingyg | https://www.ebay.com/usr/jingyg |
| 47 | ljqudhey | ljqudhey | https://www.ebay.com/usr/ljqudhey |
| 48 | luckyday68 | luckyday68 | https://www.ebay.com/usr/luckyday68 |
| 49 | owenqg | owenqg | https://www.ebay.com/usr/owenqg |
| 50 | sajcdy | sajcdy | https://www.ebay.com/usr/sajcdy |
| 51 | sophiatu | sophiatu | https://www.ebay.com/usr/sophiatu |
| 52 | swymy_83 | swymy_83 | https://www.ebay.com/usr/swymy_83 |
| 53 | yhojr888 | yhojr888 | https://www.ebay.com/usr/yhojr888 |
| 54 | YIHONGSHOP | yihong-shop | https://www.ebay.com/usr/yihong-shop |
| 55 | kinginin | kinginin.com | https://www.kinginin.com/ |
| 56 | SWIM WEME | swimweme.com | https://www.swimweme.com/?spm=..index.header_1.1&spm_prev=..product_e804cd2b-3e1f-4e82-83f8-be8ed197072a.header_1.1 |

9

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 58 | aelln | aelln.com | https://aelln.com |
| 62 | HomelyPick | 7495805425798580000 | https://www.tiktok.com/@seller.7495805425798580830 |
| 63 | Huoz | 7495825794932900000 | https://www.tiktok.com/@seller.7495825794932902723 |
| 64 | HUAYUNL | 7495857318707430000 | https://www.tiktok.com/@seller.7495857318707431915 |
| 65 | ANTHONY HERNANDEZ SHOP | 7495944811729480000 | https://www.tiktok.com/@seller.7495944811729487915 |
| 66 | SereniSpace | 7496027456575530000 | https://www.tiktok.com/@seller.7496027456575539986 |
| 67 | NestEssentialsShop | 7496080536018710000 | https://www.tiktok.com/@seller.7496080536018717056 |
| 68 | Wot Electronics | 7496094058405850000 | https://www.tiktok.com/@seller.7496094058405858064 |
| 69 | HomeMCX | 7496120942339320000 | https://www.tiktok.com/@seller.7496120942339328232 |
| 70 | Hengmaer sports | 7496121067385160000 | https://www.tiktok.com/@seller.7496121067385161844 |
| 71 | Home Good Life | 7496124222667780000 | https://www.tiktok.com/@seller.7496124222667786698 |
| 72 | PlantPixie | 7496127547971830000 | https://www.tiktok.com/@seller.7496127547971832275 |
| 73 | TengzhouXitaoTradingCoLtd | 7496128636041590000 | https://www.tiktok.com/@seller.7496128636041595191 |
| 74 | DIYonDuty | 7496130427504330000 | https://www.tiktok.com/@seller.7496130427504331086 |
| 75 | BlazeCrew | 7496131598178610000 | https://www.tiktok.com/@seller.7496131598178617621 |
| 76 | TaoZhengYanStore | 7496137931188890000 | https://www.tiktok.com/@seller.7496137931188898319 |
| 77 | Yinshan Home Essentials | 7496148064184270000 | https://www.tiktok.com/@seller.7496148064184273506 |
| 78 | SummitShelter | 7496148219357130000 | https://www.tiktok.com/@seller.7496148219357137519 |
| 79 | ZonTrade | 7496151515395880000 | https://www.tiktok.com/@seller.7496151515395885390 |
| 80 | The store of stars | 7496156708894310000 | https://www.tiktok.com/@seller.7496156708894313372 |
| 81 | PopTrove shop | 7496159650148020000 | https://www.tiktok.com/@seller.7496159650148026866 |
| 82 | Yanzi Shops | 7496161158617070000 | https://www.tiktok.com/@seller.7496161158617074202 |
| 84 | LOOKALOOK | 7496164151395970000 | https://www.tiktok.com/@seller.7496164151395978176 |
| 85 | OU-SPORT | 7496164191530090000 | https://www.tiktok.com/@seller.7496164191530093504 |

10

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 86 | I saw that | 7496165055614910000 | https://www.tiktok.com/@seller.7496165055614913459 |
| 87 | Helinging | 7496165234510560000 | https://www.tiktok.com/@seller.7496165234510564009 |
| 88 | RADIEL | 7496165467412000000 | https://www.tiktok.com/@seller.7496165467412007916 |
| 89 | Make a fortune runner-up | 7496166503134750000 | https://www.tiktok.com/@seller.7496166503134758957 |
| 90 | Lonely Horse | 7496179397910360000 | https://www.tiktok.com/@seller.7496179397910366705 |
| 91 | CasaNova Living | 7496181346428160000 | https://www.tiktok.com/@seller.7496181346428160707 |
| 92 | Dwellify life | 7496183837984320000 | https://www.tiktok.com/@seller.7496183837984328174 |
| 93 | Neatary | 7496185693580980000 | https://www.tiktok.com/@seller.7496185693580986683 |
| 94 | UrbanBeast | 7496187222329290000 | https://www.tiktok.com/@seller.7496187222329297392 |
| 96 | sporttttt | 7496188111627650000 | https://www.tiktok.com/@seller.7496188111627651779 |
| 97 | Thinker Tots Treasury | 7496198135412910000 | https://www.tiktok.com/@seller.7496198135412919015 |
| 99 | SmartNook | 7496201071007000000 | https://www.tiktok.com/@seller.7496201071007009265 |
| 100 | A happy year | 7496202043814280000 | https://www.tiktok.com/@seller.7496202043814283703 |
| 101 | open wind sky | 7496204102453520000 | https://www.tiktok.com/@seller.7496204102453529265 |
| 102 | US GlimmaNest | 7496212115825390000 | https://www.tiktok.com/@seller.7496212115825395732 |
| 103 | A happy shop. | 7496213065378920000 | https://www.tiktok.com/@seller.7496213065378925046 |
| 104 | Sunday Supper Co. | 7496214615244440000 | https://www.tiktok.com/@seller.7496214615244441629 |
| 105 | Very beautiful shop | 7496215583650770000 | https://www.tiktok.com/@seller.7496215583650778045 |
| 106 | UniBazaar | 7496215785772120000 | https://www.tiktok.com/@seller.7496215785772125162 |
| 107 | GearJoy Toys | 7496218400662710000 | https://www.tiktok.com/@seller.7496218400662719280 |
| 108 | KitchenMaMa | 7496220867462130000 | https://www.tiktok.com/@seller.7496220867462138150 |
| 109 | The Foundry for Living | 7496226621544820000 | https://www.tiktok.com/@seller.7496226621544827247 |
| 110 | Wind Cloud Shop | 7496232031571570000 | https://www.tiktok.com/@seller.7496232031571577137 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 111 | Yang Yan does outdoor sports | 7496232046275300000 | https://www.tiktok.com/@seller.7496232046275300330 |
| 112 | DwellMood Co | 7496235356777640000 | https://www.tiktok.com/@seller.7496235356777646455 |
| 113 | StellarLuxe | 7496242044104570000 | https://www.tiktok.com/@seller.7496242044104575862 |
| 114 | SimpliLiving Essentials | 7496245637816290000 | https://www.tiktok.com/@seller.7496245637816290039 |
| 115 | The Shop of Rebirth | 7496248891727710000 | https://www.tiktok.com/@seller.7496248891727710246 |
| 116 | VortexVolt | 7496261494288510000 | https://www.tiktok.com/@seller.7496261494288517918 |
| 117 | YueXItt159 | 7496261664925380000 | https://www.tiktok.com/@seller.7496261664925387139 |
| 118 | Allure LY | 7496261749367140000 | https://www.tiktok.com/@seller.7496261749367147284 |
| 119 | Moomin | 7496270393147360000 | https://www.tiktok.com/@seller.7496270393147361334 |
| 120 | Nicoo Shop1 | 7496277102012300000 | https://www.tiktok.com/@seller.7496277102012303432 |
| 121 | DJH Toytopia | 7496293241384560000 | https://www.tiktok.com/@seller.7496293241384569460 |
| 123 | CoCo1314 | 8647145322716100000 | https://www.tiktok.com/@seller.8647145322716107203 |
| 124 | Stavdecor | 8647181531522690000 | https://www.tiktok.com/@seller.8647181531522699507 |
| 125 | sukit21 | 8647226893798900000 | https://www.tiktok.com/@seller.8647226893798904505 |
| 126 | Lifenice | 8647229684485490000 | https://www.tiktok.com/@seller.8647229684485492831 |
| 127 | Timmy Fun Shop | 8647308041519400000 | https://www.tiktok.com/@seller.8647308041519403998 |
| 128 | Crafty Functions | 8647482304368840000 | https://www.tiktok.com/@seller.8647482304368841536 |
| 129 | High Perf Appliances | 8651115876765830000 | https://www.tiktok.com/@seller.8651115876765832126 |
| 130 | Budget Home Upgrades | 8651162517916840000 | https://www.tiktok.com/@seller.8651162517916849013 |
| 131 | ShenZhenShiLiLongKeJiYouXianGongSi | 101273004 | https://www.walmart.com/reviews/seller/101273004 |
| 133 | DomFun Flagship Store | 101622228 | https://www.walmart.com/reviews/seller/101622228 |
| 134 | LHTGBHGSS | 101662170 | https://www.walmart.com/reviews/seller/101662170 |
| 135 | YEHOOM | 101671726 | https://www.walmart.com/reviews/seller/101671726 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 137 | frank wu | 102486381 | https://www.walmart.com/reviews/seller/102486381 |
| 138 | Gshe lit | 102496909 | https://www.walmart.com/reviews/seller/102496909 |
| 139 | Bencenti | 102600698 | https://www.walmart.com/reviews/seller/102600698 |
| 141 | PEIDA | 102615985 | https://www.walmart.com/reviews/seller/102615985 |
| 142 | CHEN GJI | 102634054 | https://www.walmart.com/reviews/seller/102634054 |
| 143 | HAIDFENE | 102643941 | https://www.walmart.com/reviews/seller/102643941 |
| 144 | Care yourself | 102643961 | https://www.walmart.com/reviews/seller/102643961 |
| 145 | Youyouz | 102646599 | https://www.walmart.com/reviews/seller/102646599 |
| 146 | xingzhouheli | 102647407 | https://www.walmart.com/reviews/seller/102647407 |
| 147 | xinyao-US | 102717326 | https://www.walmart.com/reviews/seller/102717326 |
| 148 | hoyaa | 102720587 | https://www.walmart.com/reviews/seller/102720587 |
| 149 | cegeu | 102720612 | https://www.walmart.com/reviews/seller/102720612 |
| 150 | Teeea | 102724893 | https://www.walmart.com/reviews/seller/102724893 |
| 151 | Wumart Store | 102729094 | https://www.walmart.com/reviews/seller/102729094 |
| 154 | NIUPENGJIE | 102744639 | https://www.walmart.com/reviews/seller/102744639 |
| 155 | HYYDHH | 102746195 | https://www.walmart.com/reviews/seller/102746195 |
| 156 | GOUPENGWO | 102750851 | https://www.walmart.com/reviews/seller/102750851 |
| 157 | ZFBD82 | 102756812 | https://www.walmart.com/reviews/seller/102756812 |
| 158 | BanTang Trade | 102761201 | https://www.walmart.com/reviews/seller/102761201 |
| 159 | Pudong Trade | 102761482 | https://www.walmart.com/reviews/seller/102761482 |
| 160 | fengjie | 102762789 | https://www.walmart.com/reviews/seller/102762789 |
| 161 | songzibin | 102764280 | https://www.walmart.com/reviews/seller/102764280 |
| 163 | Bsmpzls | 102775753 | https://www.walmart.com/reviews/seller/102775753 |

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 165 | WEAFZ | 102797239 | https://www.walmart.com/reviews/seller/102797239 |
| 166 | WEQWS | 102797262 | https://www.walmart.com/reviews/seller/102797262 |
| 167 | weizahng | 102798518 | https://www.walmart.com/reviews/seller/102798518 |
| 168 | KDNGDK65 | 102798648 | https://www.walmart.com/reviews/seller/102798648 |
| 169 | Robb Marshall | 102798740 | https://www.walmart.com/reviews/seller/102798740 |
| 170 | XIANGYANG | 102799365 | https://www.walmart.com/reviews/seller/102799365 |
| 171 | BDABDFGE | 102799368 | https://www.walmart.com/reviews/seller/102799368 |
| 172 | zKaiLiangShop | 102804397 | https://www.walmart.com/reviews/seller/102804397 |
| 173 | Seven Friends | 102804894 | https://www.walmart.com/reviews/seller/102804894 |
| 174 | LIUSHO | 102806264 | https://www.walmart.com/reviews/seller/102806264 |
| 176 | XUQIONGXIAN | 102813126 | https://www.walmart.com/reviews/seller/102813126 |
| 177 | yeyue | 102822459 | https://www.walmart.com/reviews/seller/102822459 |
| 178 | wcg | 102887395 | https://www.walmart.com/reviews/seller/102887395 |